No. 2000        December 17, 2025        791

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

In the Matter of S. W.,
a Person Alleged to have Mental Illness.

STATE OF OREGON,
*Respondent,*

*v.*

S. W.,
*Appellant.*

Linn County Circuit Court
24CC07441; A186389

Rachel Kittson-MaQatish, Judge.

Submitted November 19, 2025.

Joseph R. DeBin and Multnomah Defenders, Inc. filed the brief for appellant.

Dan Rayfield, Attorney General, Benjamin Gutman, Solicitor General, and Kyleigh Gray, Assistant Attorney General, filed the brief for respondent.

Before Tookey, Presiding Judge, Kamins, Judge, and Jacquot, Judge.

PER CURIAM

Affirmed. *State v. V. L.*, 341 Or App 774, 575 P3d 215 (2025); *State v. P. B. S.*, 324 Or App 706, 527 P3d 815 (2023).